**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: WIEDOW, MARTIN L § Case No. 09-73571
§
§
Debtor(s) §

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

  Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that <u>BERNARD J. NATALE</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

  The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

  Clerk of The U S Bankruptcy Court
  211 South Court Street
  Rockford IL 61101

  Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30 on 03/16/2011 in Courtroom 115, United States Courthouse,
211 South Court Street
Rockford IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated:  02/07/2011         By:  /s/BERNARD J. NATALE
                                                                                               Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: WIEDOW, MARTIN L § Case No. 09-73571
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| *The Final Report shows receipts of* | $ 40,000.67 |
| *and approved disbursements of* | $ 0.00 |
| *leaving a balance on hand of* [1] | $ 40,000.67 |
| **Balance on hand:** | $ 40,000.67 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---:|---:|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 40,000.67 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - BERNARD J. NATALE | 4,750.07 | 0.00 | 4,750.07 |
| Attorney for Trustee, Fees - BERNARD J. NATALE, LTD. | 5,281.50 | 0.00 | 5,281.50 |
| Attorney for Trustee, Expenses - BERNARD J. NATALE, LTD. | 12.56 | 0.00 | 12.56 |
| Charges, U.S. Bankruptcy Court | 250.00 | 0.00 | 250.00 |

| | |
|---:|---:|
| Total to be paid for chapter 7 administration expenses: | $ 10,294.13 |
| Remaining balance: | $ 29,706.54 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 29,706.54

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 29,706.54

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 689.54 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Asset Acceptance LLC | 180.05 | 0.00 | 180.05 |
| 2 | American Infosource LP assignee for | 387.82 | 0.00 | 387.82 |
| 3 | Commonwealth Edison Company | 121.67 | 0.00 | 121.67 |

Total to be paid for timely general unsecured claims: $ 689.54
Remaining balance: $ 29,017.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 39,226.82 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 74.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 5 | American General Finance | 39,226.82 | 0.00 | 29,017.00 |

Total to be paid for tardy general unsecured claims:  $  29,017.00
Remaining balance:  $  0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims:  $  0.00
Remaining balance:  $  0.00

Prepared By: /s/BERNARD J. NATALE
Bernard J Natale, Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: lorsmith              Page 1 of 1              Date Rcvd: Feb 16, 2011
Case: 09-73571                Form ID: pdf006             Total Noticed: 18

The following entities were noticed by first class mail on Feb 18, 2011.
db           +Martin L Wiedow,    718 East Avenue,    Belvidere, IL 61008-4504
aty          +Bernard J Natale,    Law Office of Bernard J. Natale, Ltd.,    6833 Stalter Drive,   Suite 201,
               Rockford, IL 61108-2582
aty          +Jeffry A. Dahlberg,    Balsley and Dahlberg, LLP,   5130 N Second St,    Loves Park, IL 61111-5002
aty          +Scott E Hillison,    6833 Stalter Drive Ste 201,    Rockford, IL 61108-2582
tr           +Bernard J Natale,    Bernard J. Natale, Ltd.,    6833 Stalter Drive,   Suite 201,
               Rockford, IL 61108-2582
14356273     +BELVIDERE WATER AND SEWER,     401 Whitney Blvd.,    Belvidere, IL 61008-3799
14356274     +CITIMORTGAGE, INC.,    c/o Codilis & Associates,    15W030 N. Frontage Road, Ste. 100,
               Burr Ridge, IL 60527-6921
14356275     +CITIZENS FINANCE,    6457 North Second Street,    Loves Park, IL 61111-4109
14356277     +MUTUAL MANAGEMENT SERVICES,     401 E. State St., 2nd Floor,    P.O. Box 4777,
               Rockford, IL 61110-4777
14356278     +SUNRISE CREDIT SERVICES,     234 Airport Plaza Blvd. S,    Farmingdale, NY 11735-3917
14356279      TRINITY HAYES,    Chicago, IL
The following entities were noticed by electronic transmission on Feb 16, 2011.
14356271     +E-mail/PDF: cbp@agfinance.com Feb 17 2011 01:34:34     AMERICAN GENERAL FINANCE,
               342 W. Chrysler Drive,    Belvidere, IL 61008-6029
14948224      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 17 2011 01:33:00
               AMERICAN INFOSOURCE LP AS AGENT FOR,    ASTA-VATIV,    PO Box 248838,
               Oklahoma City, OK 73124-8838
14356272     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM                         ASSET ACCEPTANCE LLC,
               P.O. Box 2036,    Warren, MI 48090-2036
15426511      E-mail/PDF: cbp@agfinance.com Feb 17 2011 01:34:34     American General Finance,   P.O. Box 3251,
               Evansville, IN 47731-3251
14935909     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM
               Asset Acceptance LLC/Assignee SBC,     PO Box 2036,    Warren MI 48090-2036
14356276     +E-mail/Text: legalcollections@comed.com                            COMMONWEALTH EDISON COMPANY,
               Attention: Credit Department,    2100 Swift Drive,    Oak Brook, IL 60523-1559
14949368     +E-mail/Text: legalcollections@comed.com                            Commonwealth Edison Company,
               Attn: Bankruptcy Processing Section,    3 Lincoln Centre - 4th Floor,
               Oakbrook Terrace, IL 60181-4204
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Bernard J Natale,    Bernard J. Natale, Ltd.,    6833 Stalter Drive,   Suite 201,
               Rockford, IL 61108-2582
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Feb 18, 2011**                         **Signature:** *Joseph Speetjens*