# AMENDED DISTRIBUTION REPORT
# FINAL DISTRIBUTION

**Case Number:** 09-73571  Page: 1  **Date:** March 16, 2011
**Debtor Name:** WIEDOW, MARTIN L  **Time:** 11:09:40 AM

| Claim # | Payee Name | Claim Type | Amount Allowed | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|
| | Funds on Hand | | | | | | $40,001.13 |
| EXP | BERNARD J. NATALE, LTD. | Admin Ch. 7 | 12.56 | 0.00 | 12.56 | 12.56 | 39,988.57 |
| ATTY | BERNARD J. NATALE, LTD. | Admin Ch. 7 | 5,281.50 | 0.00 | 5,281.50 | 5,281.50 | 34,707.07 |
| TRTE | BERNARD J. NATALE | Admin Ch. 7 | 4,750.07 | 0.00 | 4,750.07 | 4,750.07 | 29,957.00 |
| CLERK | CLERK OF THE BANKRUPTCY COURT | Admin Ch. 7 | 250.00 | 0.00 | 250.00 | 250.00 | 29,707.00 |
| | SUBTOTAL FOR | ADMIN CH. 7 | 10,294.13 | 0.00 | 10,294.13 | 10,294.13 | |
| 4 | Citizens Finance | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 29,707.00 |
| | SUBTOTAL FOR | SECURED | 0.00 | 0.00 | 0.00 | 0.00 | |
| 1 | Asset Acceptance LLC | Unsecured | 180.05 | 0.00 | 180.05 | 180.05 | 29,526.95 |
| 2 | American Infosource LP assignee for | Unsecured | 387.82 | 0.00 | 387.82 | 387.82 | 29,139.13 |
| 3 | Commonwealth Edison Company | Unsecured | 121.67 | 0.00 | 121.67 | 121.67 | 29,017.46 |
| 5 | American General Finance | Unsecured | 39,226.82 | 0.00 | 39,226.82 | 29,017.46 | 0.00 |
| | SUBTOTAL FOR | UNSECURED | 39,916.36 | 0.00 | 39,916.36 | 29,707.00 | |
| << Totals >> | | | 50,210.49 | 0.00 | 50,210.49 | 40,001.13 | |

*NOTE: Final distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this final distribution.

**Administrative-Ch7** 100.000000%
**Secured** 0.000000%
**Unsecured** 74.423119%