# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

In re: WIEDOW, MARTIN L § Case No. 09-73571
§
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BERNARD J. NATALE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:  $111,500.00              Assets Exempt:  $3,500.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $29,707.00    Claims Discharged
                                               Without Payment: $14,717.11

Total Expenses of Administration: $10,294.13

3) Total gross receipts of $ 40,001.13 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $40,001.13 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $44,993.00 | $10,987.36 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 10,294.13 | 10,294.13 | 10,294.13 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 41,987.75 | 39,916.36 | 39,916.36 | 29,707.00 |
| **TOTAL DISBURSEMENTS** | $86,980.75 | $61,197.85 | $50,210.49 | $40,001.13 |

    4) This case was originally filed under Chapter 7 on August 25, 2009. The case was pending for 20 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/11/2011    By: /s/BERNARD J. NATALE
                                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Fraudulent Conveyance | 1241-000 | 40,000.00 |
| Interest Income | 1270-000 | 1.13 |
| **TOTAL GROSS RECEIPTS** | | **$40,001.13** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | Citizens Finance | 4110-000 | 11,850.00 | 10,987.36 | 0.00 | 0.00 |
| NOTFILED | CITIMORTGAGE, INC. c/o Codilis & Associates | 4110-000 | 33,143.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$44,993.00** | **$10,987.36** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE, LTD. | 3120-000 | N/A | 12.56 | 12.56 | 12.56 |
| BERNARD J. NATALE, LTD. | 3110-000 | N/A | 5,281.50 | 5,281.50 | 5,281.50 |
| BERNARD J. NATALE | 2100-000 | N/A | 4,750.07 | 4,750.07 | 4,750.07 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| CLERK OF THE BANKRUPTCY COURT | 2700-000 | N/A | 250.00 | 250.00 | 250.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 10,294.13 | 10,294.13 | 10,294.13 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Asset Acceptance LLC | 7100-000 | 180.00 | 180.05 | 180.05 | 180.05 |
| 2 | American Infosource LP assignee for | 7100-000 | N/A | 387.82 | 387.82 | 387.82 |
| 3 | Commonwealth Edison Company | 7100-000 | N/A | 121.67 | 121.67 | 121.67 |
| 5 | American General Finance | 7200-000 | 37,300.00 | 39,226.82 | 39,226.82 | 29,017.46 |
| NOTFILED | COMMONWEALTH EDISON COMPANY | 7100-000 | 60.80 | N/A | N/A | 0.00 |
| NOTFILED | SUNRISE CREDIT SERVICES | 7100-000 | 299.00 | N/A | N/A | 0.00 |
| NOTFILED | MUTUAL MANAGEMENT SERVICES | 7100-000 | 4,115.00 | N/A | N/A | 0.00 |
| NOTFILED | BELVIDERE WATER AND SEWER | 7100-000 | 32.95 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 41,987.75 | 39,916.36 | 39,916.36 | 29,707.00 |

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-73571  
**Case Name:** WIEDOW, MARTIN L  

**Period Ending:** 05/11/11

**Trustee:** (330370)   BERNARD J. NATALE  
**Filed (f) or Converted (c):** 08/25/09 (f)  
**§341(a) Meeting Date:** 09/24/09  
**Claims Bar Date:** 03/23/10

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Real estate located at: 718 East Avenue, Belvide | 99,000.00 | 18,657.00 | DA | 0.00 | FA |
| 2 | National City Bank/ checking | 0.00 | 0.00 | DA | 0.00 | FA |
| 3 | Misc. household goods and furnishings | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 4 | Clothing and personal items | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 5 | Interest in Hilander Pension | Unknown | 0.00 | DA | 0.00 | FA |
| 6 | Interest in Eagle Foods Pension | Unknown | 0.00 | DA | 0.00 | FA |
| 7 | 1995 Dodge Dakota | 500.00 | 0.00 | DA | 0.00 | FA |
| 8 | 2004 Chrysler Pacifica | 9,000.00 | 0.00 | DA | 0.00 | FA |
| 9 | Fraudulent Conveyance  (u) | 0.00 | 0.00 | | 40,000.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 1.13 | FA |
| 10 | Assets    Totals (Excluding unknown values) | $111,500.00 | $18,657.00 | | $40,001.13 | $0.00 |

**Major Activities Affecting Case Closing:**

   FINAL REPORT FILED.

**Initial Projected Date Of Final Report (TFR):**   December 31, 2010      **Current Projected Date Of Final Report (TFR):**   February 7, 2011  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 09-73571 | | Trustee: | BERNARD J. NATALE (330370) |
|---|---|---|---|---|
| Case Name: | WIEDOW, MARTIN L | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******38-65 - Money Market Account |
| Taxpayer ID #: | **-***2711 | | Blanket Bond: | $552,000.00  (per case limit) |
| Period Ending: | 05/11/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/29/10 | {9} | Theresa L. Barraco | Pymt on Fraudulent Conveyance Re: Real Estate | 1241-000 | 2,000.00 | | 2,000.00 |
| 11/29/10 | {9} | Theresa L. Barraco | Payment on Fraudulent Conveyance Re: Real Estate | 1241-000 | 15,000.00 | | 17,000.00 |
| 11/29/10 | {9} | Theresa L. Barraco | Payment Re: Fraudulent Conveyance Re: Real Estate | 1241-000 | 23,000.00 | | 40,000.00 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.01 | | 40,000.01 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.33 | | 40,000.34 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.33 | | 40,000.67 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.30 | | 40,000.97 |
| 03/16/11 | Int | The Bank of New York Mellon | Current Interest Rate is  0.0100% | 1270-000 | 0.16 | | 40,001.13 |
| 03/16/11 | | To Account #9200******3866 | Transfer for Final Distribution | 9999-000 | | 40,001.13 | 0.00 |
| | | | ACCOUNT TOTALS | | 40,001.13 | 40,001.13 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 40,001.13 | |
| | | | Subtotal | | 40,001.13 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $40,001.13 | $0.00 | |

{} Asset reference(s)

Printed: 05/11/2011 04:24 PM    V.12.56

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 09-73571 | | Trustee: | BERNARD J. NATALE (330370) |
|---|---|---|---|---|
| Case Name: | WIEDOW, MARTIN L | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******38-66 - Checking Account |
| Taxpayer ID #: | **-***2711 | | Blanket Bond: | $552,000.00 (per case limit) |
| Period Ending: | 05/11/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/16/11 | | From Account #9200******3865 | Transfer for Final Distribution | 9999-000 | 40,001.13 | | 40,001.13 |
| 03/17/11 | 101 | BERNARD J. NATALE | Dividend paid 100.00% on $4,750.07, Trustee Compensation; Reference: | 2100-000 | | 4,750.07 | 35,251.06 |
| 03/17/11 | 102 | CLERK OF THE BANKRUPTCY COURT | Dividend paid 100.00% on $250.00, Clerk of the Court Costs (includes adversary and other filing fees); Reference: ADVERSARY FEE | 2700-000 | | 250.00 | 35,001.06 |
| 03/17/11 | 103 | Asset Acceptance LLC | Distribution paid 100.00% on $180.05; Claim# 1; Filed: $180.05; Reference: | 7100-000 | | 180.05 | 34,821.01 |
| 03/17/11 | 104 | American Infosource LP assignee for | Distribution paid 100.00% on $387.82; Claim# 2; Filed: $387.82; Reference: | 7100-000 | | 387.82 | 34,433.19 |
| 03/17/11 | 105 | Commonwealth Edison Company | Distribution paid 100.00% on $121.67; Claim# 3; Filed: $121.67; Reference: | 7100-000 | | 121.67 | 34,311.52 |
| 03/17/11 | 106 | American General Finance | Distribution paid 73.97% on $39,226.82; Claim# 5; Filed: $39,226.82; Reference: | 7200-000 | | 29,017.46 | 5,294.06 |
| 03/17/11 | 107 | BERNARD J. NATALE, LTD. | Combined Check for Claims#EXP,ATTY | | | 5,294.06 | 0.00 |
| | | | Dividend paid 100.00%   12.56 on $12.56; Claim# EXP; Filed: $12.56 | 3120-000 | | | 0.00 |
| | | | Dividend paid 100.00%   5,281.50 on $5,281.50; Claim# ATTY; Filed: $5,281.50 | 3110-000 | | | 0.00 |
| | | | ACCOUNT TOTALS | | 40,001.13 | 40,001.13 | $0.00 |
| | | | Less: Bank Transfers | | 40,001.13 | 0.00 | |
| | | | Subtotal | | 0.00 | 40,001.13 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $40,001.13 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # 9200-******38-65 | 40,001.13 | 0.00 | 0.00 |
| Checking # 9200-******38-66 | 0.00 | 40,001.13 | 0.00 |
| | $40,001.13 | $40,001.13 | $0.00 |

{} Asset reference(s)

Printed: 05/11/2011 04:24 PM    V.12.56